UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALESHAHE LEMON,

       Plaintiff,                              Case No. 19-cv-11343
                                               Hon. Matthew F. Leitman

v.

THE CITY OF DETROIT, *et al.*,

       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE (ECF No. 27)

On June 1, 2020, Defendants filed a Motion for Summary Judgment (ECF No. 23). On June 10, 2020, Defendants filed an Amended Motion for Summary Judgment (ECF No. 25). Plaintiff Aleshahe Lemon has moved to strike Defendants' Amended Motion for Summary Judgment. (*See* Mot. to Strike, ECF No. 27.)

The Court **DENIES** Lemon's Motion to Strike (ECF No. 27) because the Court does not believe that striking the amended motion is warranted under the circumstances. But the Court will give Lemon extra time to respond to Defendants' amended motion. Accordingly, Lemon shall respond to Defendants' Amended Motion for Summary Judgment by not later than **JULY 9, 2020**.

    **IT IS SO ORDERED**.

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  June 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 18, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761