UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALESHAHE LEMON,

      Plaintiff,

v.

THE CITY OF DETROIT, *et al.*,

      Defendants.

Case No. 19-cv-11343
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA D. ESSIX
CLERK OF THE COURT

By:  s/Holly A. Monda
Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: February 1, 2021
Flint, Michigan